UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case Nos.  8:25-cv-02841-JLS                                Date: April 10, 2026
           8:25-bk-11411-SC
Title: *In re George Barreda*

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

    Kelly Davis                                                    N/A
   Deputy Clerk                                              Court Reporter

  Attorneys Present for Plaintiff:              Attorneys Present for Defendant:

      Not Present                                         Not Present

**PROCEEDINGS:   (In Chambers) ORDER TO CAUSE ("OSC") RE
                 DISMISSAL OF APPEAL AS UNTIMELY AND FOR
                 LACK OF PROSECUTION**

This action arises out of a debtor's appeal of the Bankruptcy Court's Order of Discharge, entered on November 17, 2025.  (*See* Notice of Appeal, Doc. 1 at 2 (identifying the Bankruptcy Court's Order of Discharge (Chapter 7)).)

Debtor-Appellant George Barreda ("Appellant") filed his Notice of Appeal on the 16th day after the Order of Discharge was filed, but the deadline to do so is 14 days.  *See* Fed. R. Bankr. Pro. 8002(a)(1) (setting the deadline as 14 days after entry of the order that forms the basis of the appeal).  Federal Rule of Bankruptcy Procedure 9006(a)(1) instructs as to how to calculate the due date where the deadline in specified as a number of days.  Using that formula, the due date for the filing of the notice of appeal would be Monday, December 1, 2025.[1]  The Notice of Appeal was filed a day later, on December 2, 2025.  Therefore, it appears that Appellant's Notice of Appeal was untimely. Assuming that is so, this Court lacks jurisdiction over the appeal and must be dismissed. *See Fantasia v. Diodato*, 154 F.4th 1123, 1131-32 (9th Cir. 2025) ("The deadline to file a

---

[1] The 14-day period expired on Sunday, November 30, 2025, but the relevant rule provides that where the deadline is on a Saturday, the 14-period continues until the end of the next weekday that is not a legal holiday.  *See* Fed. R. Bankr. Pro. 9006(a)(1)(C).

---

**CIVIL MINUTES – GENERAL**                                              1

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case Nos.  8:25-cv-02841-JLS                                    Date: April 10, 2026
           8:25-bk-11411-SC
Title: *In re George Barreda*

_____

bankruptcy appeal under Rule 8002 is mandatory and jurisdictional. . . . Her appeal therefore was untimely, and the district court lacked jurisdiction to review [it].").

Moreover, a review of the Bankruptcy Court docket in the underlying case, *In re Barreda*, No. 8:25-BK-11411-SC (C.D. Cal. Bankr.), reveals that, despite having been advised of the responsibility to do so within 14 days of the filing of the Notice of Appeal, has failed to take the actions necessary to perfect his appeal.  (*See* BK Doc. 44.) Specifically, Appellant was advised of the need to file in the Bankruptcy Court (1) a designation of record, (2) a statement of issues on appeal, and (3) a notice regarding the ordering of transcripts.  (*Id.* at 1.)  These filings are required by the Bankruptcy Rules and are the precursors to the Bankruptcy Clerk's issuance of a Certificate of Readiness.  *See* Fed. R. Bankr. 8009; C.D. Cal. Bankr. Ct. Local Rule 8006-3.1.  This, in turn, triggers the start of the 30-day time period in which to file the appellant's brief.[2]  *See* Fed. R. Bank. 8018(a).

Where an appellant fails to perfect his appeal in the manner specified by the Federal Rules of Bankruptcy Procedure, dismissal is authorized pursuant to Rule 8003(a)(2). In such cases, courts apply the standard for dismissal of a civil case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  *See Nat'l Bank of Long Beach v. Donovan* (*In re Donovan*), 871 F.2d 807, 808 (9th Cir. 1989) (per curiam). Such dismissals require consideration of five factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk

_____

[2] The parties here have filed the Appellant's Brief and the Appellee's brief without first designating the record on appeal.  (*See* Docs. 7 & 9.)  Moreover, in Appellant's brief, he attempts to expand the scope of his appeal and purports to appeal several orders of the Bankruptcy Court that were not identified in his Notice of Appeal.  (*See* Opening Br., Doc. 7 at 4 (additionally identifying "[t]he orders on appeal" as including two orders related to the Bankruptcy Court's vacatur of the automatic stay and another order denying a temporary restraining order).)  These newly identified orders pre-date the November 17, 2025 Order of Discharge that is the subject of this appeal, and no timely Notice of Appeal was filed to these newly identified orders.

_____

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case Nos.  8:25-cv-02841-JLS                          Date: April 10, 2026
           8:25-bk-11411-SC
Title: *In re George Barreda*

_____

of prejudice to the [opposing parties]; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions. *In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994); *see also In re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, 460 F.3d 1217, 1226-29 (9th Cir. 2006).

Therefore, the Court hereby ORDERS Appellant to show cause in writing no later than 14 days from the entry of this Order (1) why this action should not be dismissed for lack of jurisdiction, and (2) why this action should not be dismissed for lack of prosecution.  Appellees may file a response no later than 7 days after the filing of Appellant's response to this Order.  The Court will thereafter issue an appropriate order without hearing.  Failure to timely file a response will result in the dismissal of this case without further notice.

**IT IS SO ORDERED.**

                                        Initials of Deputy Clerk:  kd

CC: Bankruptcy Court

_____