Robert M. Shaughnessy, Bar No. 174312
rshaughnessy@klinedinstlaw.com
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707

Attorneys for Appellees BANK OF NEW YORK MELLON TRUST; NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. (MERS)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION



| | |
|---|---|
| In Re GEORGE BARREDA,<br><br>Debtor,<br><br>GEORGE BARREDA,<br><br>Appellant,<br><br>v.<br><br>BANK OF NEW YORK MELLON TRUST, NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, THE MORTGAGE LAW FIRM PLC, AUCTION.COM LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. (MERS), DOES 1-50,<br><br>Appellees. | Case No. 8:25-cv-02841-JLS<br>(Bankruptcy Case No. 8:25-bk-11411-SC)<br><br>**APPELLEES' OBJECTION TO APPELLANT'S REPLY BRIEF RAISING REQUEST FOR AFFIRMATIVE RELIEF** |

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101

# I.

## <u>OBJECTION TO REPLY BRIEF FILED WITHOUT PERMISSION AND RAISING REQUEST FOR INJUNCTIVE RELIEF</u>

On April 10, 2026, the Court issued an order to show cause why this appeal should not be dismissed. (Doc. 10.) The order permitted appellant, George Barreda, to show cause in writing within 14 days, and permitted appellees to file a response 7 days after Barreda's filing. (Doc. 10, p. 3.) The order to show cause did *not* provide a right of Barreda to file a reply brief. (*Id.*) Barreda filed a brief on April 24, 2026. (Doc. 11.) Appellees filed a response 7 days later. (Doc. 13.) Barreda then filed, a "reply" to appellees' response to the order to show cause, 7 days later. (Doc. 14.) Appellees object to the reply as improper, and not permitted under the briefing schedule set by the Court in its order to show cause. (Doc. 10, p. 3.)

Barreda's improper reply also adds a new request for affirmative relief, and raises issues far beyond the jurisdictional and procedural defects that the Court asked the parties to address in its original order to show cause. Specifically, Barreda's reply brief asks the court for "an emergency stay." (Doc. 14.) Appellants cannot raise an issue for the first time on appeal in a reply brief. *In re Jan Weilert RV, Inc.*, 315 F.3d 1192, 1199 (9th Cir.), amended, 326 F.3d 1028 (9th Cir. 2003). Appellees ask this court to strike Barreda's reply or, in the alternative, strike the request for an emergency stay as improperly raised in a reply brief. *Id*.

KLINEDINST PC

DATED:  May 11, 2026

By:  _____*/s/*Robert M. Shaughnessy_____
Robert M. Shaughnessy
Attorneys for Appellees BANK OF NEW YORK MELLON TRUST; NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. (MERS)

30916555.1

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101

1