**JS-6**

cc:  BK Court

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBTOR GEORGE BARREDA | Case Nos. 8:25-cv-02841-JLS<br>8:25-bk-11411-SC<br>8:25-ap-01263-SC |
| | **JUDGMENT OF DISMISSAL** |

GEORGE BARREDA,

   Debtor-Appellant,

        v.

BANK OF NEW YORK MELLON
TRUST, ET AL.,

   Appellees.

      Pursuant to Federal Rule of Bankruptcy Procedure 8024(a), Judgment is hereby entered in accordance with the Court's Order Dismissing Appeal of Bankruptcy Court Orders.

      Dated:   May 14, 2026

Clerk, United States District Court

_Kelly Davis_

_____

Kelly Davis, Courtroom Deputy Clerk

Copy to: Bankruptcy Court